# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 6, 2024

### NO. 03-23-00242-CV

**St. George Affordable Auto, LLC d/b/a Skyline Motors, Appellant**

**v.**

**Texas Department of Motor Vehicles; Daniel Avitia, in His Official Capacity, Executive Director; and Monique Johnston, in Her Official Capacity, Director, Motor Vehicle Division, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the final judgment signed by the trial court on March 28, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.